ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:  +1 415.471.3100
Facsimile:  +1 415.471.3400

*Attorneys for Defendant Bristol-Myers Squibb Company*

[Additional Counsel Listed At Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BLAIR *et al.*,<br><br>                    Plaintiff,<br><br>    v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, and DOES 1 to 100,<br><br>                    Defendants. | No. 14-2515 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING TRANSFER TO THE PLAVIX® MDL**<br><br>Judge:  Hon. Edward M. Chen |

1  This Joint Stipulation is made by and between Plaintiffs in *Blair et al. v. Bristol-Myers Squibb Co. et al.*, No. CV-14-2515 EMC (N.D. Cal.), and Defendant Bristol-Myers Squibb Company ("BMS") (collectively "the Parties"), by and through the undersigned counsel of record, with reference to the following facts:

2  1.  WHEREAS, on February 12, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") established a multidistrict Plavix® litigation in the District of New Jersey, assigned to Judge Freda Wolfson;

3  2.  WHEREAS, on May 30, 2014, Plaintiffs filed the *Blair* action in the Superior Court of California, San Francisco County;

4  3.  WHEREAS, on June 2, 2014, the *Blair* action was removed to this Court by Defendant BMS;

5  4.  WHEREAS, on June 11, 2014, Defendant BMS tagged this case for transfer to the Plavix® MDL and anticipates that the JPML will issue a conditional transfer order for this case soon; and

6  5.  WHEREAS, the parties agree that the *Blair* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the *Blair* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 11, 2014 | Joshua C. Ezrin<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105<br><br>Daniel C. Burke<br>PARKER WAICHMAN LLP<br>6 Harbor Park Drive<br>Port Washington, New York 11050<br><br>By:   */s/ Joshua C. Ezrin*_____<br>         Joshua C. Ezrin<br><br>*Attorney for Plaintiffs* |
| Dated: June 11, 2014 | ARNOLD & PORTER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br><br>By:   */s/ Sharon D. Mayo*<br>         Sharon D. Mayo<br><br>*Attorney for Defendant*<br>*Bristol-Myers Squibb Company* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 6/13/14 _____
Judge Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP. AND [PROPOSED] ORDER TO STAY LITIG. PENDING TRANSFER TO MDL         NO. 14-2515 EMC
- 2 -

1   I, Sharon D. Mayo, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Stay Litigation Pending Transfer to the Plavix® MDL. In compliance with General Order 45, X.B, I hereby attest that Joshua C. Ezrin has concurred in this filing.

Dated: June 11, 2014

ARNOLD & PORTER LLP

By:  */s/ Sharon D. Mayo*
       Sharon D. Mayo

*Attorney for Defendant*
*Bristol-Myers Squibb Company*